UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| BOBBY EARL HEAD,<br>Institutional ID No. 128588<br><br>                    Plaintiff,<br><br>v.<br><br>FAMILY COURT, *et al.*,<br><br>                    Defendants. | No. 1:23-CV-00055-H |

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated December 21, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge